UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22432-CIV-LENARD/GARBER

ERICH HUMBERTO LIMA
MORENO,

        Petitioner,

vs.

ERENEIDY GARCIA MARTIN,

        Respondent.

_____/

ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 36);
GRANTING VERIFIED PETITION FOR RETURN OF MINOR CHILD TO THE
KINGDOM OF SPAIN (D.E. 1); AND CLOSING CASE

THIS CAUSE is before the Court on U.S. Magistrate Judge Barry L. Garber's Report

and Recommendation ("Report," D.E. 36), issued on October 10, 2008, recommending that

the Court grant Petitioner Erich Humberto Lima Moreno's Verified Petition for Return of

Minor Child to the Kingdom of Spain ("Petition," D.E. 36) filed on September 3, 2008.  On

October 23, 2008, Respondent Ereneidy Garcia Martin filed a Notice of Waiver of

Objections to Report and Recommendation ("Notice," D.E. 41).  Therein, Respondent waives

her rights to file objections to the Report and states that she does not wish to contest the

findings of the Report and instead intends to pursue her legal rights in Spain.  (Id. at 1.)

Having reviewed the Petition, the Report, and the Notice, the Court hereby adopts the

findings of the Magistrate Judge's Report.  Accordingly, it is hereby ORDERED and

**ADJUDGED** that:

1.       The Verified Petition for Return of Minor Child to the Kingdom of Spain filed by Erich Humberto Lima Moreno (D.E. 1) is **GRANTED**.

2.       The minor child, Erika Lima Garcia, shall return to Spain in the custody of Petitioner no later than ten (10) days from the entry of this Order;

3.       Erika Lima Garcia is to remain in the physical custody of Petitioner until the time of their departure for Spain;

4.       The passport of Erika Lima Garcia shall remain in the custody of the Court until such time as Petitioner provides evidence that he has obtained an airline ticket to Spain for himself and Erika Lima Garcia; upon such a showing, and after the signing of an appropriate release, to be drafted by Petitioner's attorneys, the child's passport shall be released to him or his attorneys for delivery to him;

5.       The United States Marshals Service shall ensure that Petitioner is able to comply with this Order.  Further, the United States Marshals Service shall accompany Petitioner and Erika Lima Garcia to the Miami International Airport.  All other federal, state, and local law enforcement officers are hereby notified that Petitioner has the authority and the lawful temporary custody to remove Erika Lima Garcia from the United States of America and return with her to Spain.

6.       Petitioner shall, upon his return to Spain, continue to submit to the Spanish court with jurisdiction over the pending custody proceedings for resolution of custody, visitation, and related issues.

7.      All pending motions are **DENIED AS MOOT**.

8.      This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of October, 2008.


_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**